UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE FLUCK, | : | |
|         Plaintiff, | : | |
| | : | |
| v. | : | No. 5:24-cv-6325 |
| | : | |
| LEHIGH UNIVERSITY, | : | |
|         Defendant. | : | |

ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE

**AND NOW**, this 13th day of March, 2025, it is **ORDERED:**

(1) The within matter is referred to United States Magistrate Judge Pamela A. Carlos to schedule and conduct a settlement conference on or after June 10, 2025.[1]

(2) In the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

(3) As a matter of standard operating procedure, the office of the United States Magistrate Judge will contact counsel for the parties in the near future.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

cc:    Honorable Pamela A. Carlos

---

[1] It is recommended that United States Magistrate Judge Pamela A. Carlos direct that a person with settlement authority appear on behalf of all parties.