IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE FLUCK<br>V.<br>LEHIGH UNIVERSITY | Civil Action No.  24-6325 JFL |

TELEPHONIC STATUS CONFERENCE SCHEDULING ORDER

Please be advised that a telephonic status conference in the above-captioned case will be held on **WEDNESDAY, APRIL 9, 2025, AT 3:30 PM** before the Honorable Pamela A. Carlos, United States Magistrate Judge.

*The conference call Toll Free Dial in Number is (855)-244-8681; the Meeting Number (Access Code) will be provided in the Cisco Webex email that counsel will receive the week of the conference.*

COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME STATED ABOVE. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

**ANY REQUESTS FOR A CONTINUANCE MUST BE EMAILED TO THE CHAMBERS EMAIL ADDRESS:**  PAED_Carlos_Chambers@paed.uscourts.gov.

Counsel are further directed to provide a Conference Summary to Chambers, by Email **(IN MICROSOFT WORD FORMAT ONLY)** on or before **MONDAY, MARCH 31, 2025, NOON.**  *FAILURE TO SUBMIT COUNSEL'S SUMMARY WITHIN THE TIME SET FORTH IN THIS ORDER MAY RESULT IN SANCTIONS.*

The Email address is: PAED_Carlos_Chambers@paed.uscourts.gov.

The Conference Summary and Case Synopsis shall include:

1. The caption of the case
2. Whether case is a jury or nonjury trial
3. The trial counsel's name, address, phone number **PLUS CELL PHONE NUMBER,**  and client name
4. Identify any pending motions

5. Any other relevant matters
6. All prior demands and offers.
7. A case synopsis, **limited to two pages**, which shall be in **Microsoft Word** format

                                        BY THE COURT:
                                        ATTEST

                                   /ss/ CARLENE L. NICE
                            DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
                               FOR INFORMATION CONTACT CHAMBERS
                              Phone: 610-434-3823
                              FAX: 610-434-5152

Date:  March 24, 2025