IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE FLUCK<br><br>                v.<br><br>LEHIGH UNIVERSITY | Civil Action No. 24-6325 JFL |

SETTLEMENT CONFERENCE SCHEDULING ORDER

       Please be advised that an in person settlement conference in the above-captioned case will be held on **WEDNESDAY, MAY 21, 2025 at 9:30 A.M. EST** before the Honorable Pamela A. Carlos, United States Magistrate Judge, in Suite 4401, United States Courthouse and Federal Building, 504 West Hamilton Street, Allentown, PA. *It is recommended that you park at the public parking garage located at 6th & Walnut Street. There is an entrance on both Walnut and 6th Streets.*

       **PLAINTIFF AND HER COUNSEL ARE TO REPORT TO CHAMBERS AT 9:30 A.M. ON THE DATE STATED ABOVE. DEFENSE COUNSEL AND DEFENDANTS' AUTHORIZED REPRESENTATIVE(S) SHALL REPORT AT 10:30 A.M.**

       **CONFERENCE PARTICIPANTS ARE EXPECTED TO BE PRESENT IN PERSON. ANYONE SEEKING TO PARTICIPATE VIRTUALLY MUST DO SO IN ADVANCE BY SUBMISSION OF A FILED LETTER REQUEST. THE LETTER REQUEST MUST SET FORTH THE POSITION OF OPPOSING COUNSEL. ANYONE GRANTED LEAVE TO ATTEND VIRTUALLY MUST REMAIN READILY AVAILABLE THROUGHOUT THE SETTLEMENT CONFERENCE AS NEEDED.**

       PURSUANT TO FRCP 16(c)(1): Attendance. A represented party must authorize at least one of its attorneys to make stipulations and admissions about all matters that can reasonably be anticipated for discussion at a pretrial conference. If appropriate, the court may require that a party or its representative be present or reasonably available by other means to consider possible settlement."

       ACCORDINGLY, **TRIAL COUNSEL** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE. **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS. PERSONS PRESENT MUST HAVE FULL SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.**

       **COUNSEL MUST REGISTER *IN PERSON FROM EITHER THE PHILADELPHIA OR ALLENTOWN COURTHOUSE* IN ORDER TO HAVE ACCESS TO PUBLIC WIFI. INSTRUCTIONS FOR ACCOUNT REGISTRATION ARE AVAILABLE THROUGH THE PAED WEBSITE UNDER THE FOR ATTORNEYS TAB.**

       **CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS**

**NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

NO LATER THAN **MONDAY, MAY 12, 2025**, COUNSEL ARE TO SUBMIT A JOINT LETTER TO CHAMBERS, *VIA EMAIL*, ADVISING AS TO THE MOST RECENT SETTLEMENT NEGOTIATIONS. THE PARTIES ARE ALSO DIRECTED TO CONFIRM WHETHER BASED UPON THE STATUS OF NEGOTIATIONS THERE IS AN AGREEMENT TO PROCEED WITH A GOOD FAITH SETTLEMENT CONFERENCE.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

Counsel are further directed to provide **AN UPDATED** SETTLEMENT CONFERENCE MEMORANDUM to Chambers, by Email on or before **MONDAY, MAY 12, 2025.** *FAILURE TO SUBMIT SETTLEMENT MEMORANDUM WITHIN THE TIME SET FORTH IN THIS ORDER MAY RESULT IN SANCTIONS*.

The Email address is PAED_Carlos_Chambers@paed.uscourts.gov.  The settlement conference memorandum shall include:

1. Name, title and email of all persons participating in the settlement conference.

2. An *updated* case synopsis, limited to four pages, which shall be in **Microsoft Word format**.

3. **Critical** exhibits in support of the parties' liability and damage claims or defenses. The parties should coordinate with one another as to which party will produce the specific documents if possible. Duplicate submission are discouraged.

4. Affirmative and rebuttal experts reports, if any.

5. *Relevant* portions of deposition testimony may be submitted. Submission of entire deposition transcripts is strongly discouraged.

BY THE COURT:
ATTEST

/ss/ CARLENE L. NICE
DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date: April 14, 2025