

**1835 MARKET STREET SUITE 515**
**PHILADELPHIA, PA 19103**
**(215) 569-1999 FAX (215) 569-3870**

SIDNEY L. GOLD * +
JAMIE L. FORD *
BRIAN C. FARRELL *
* ALSO ADMITTED IN NEW JERSEY
+ ALSO ADMITTED IN NEW YORK

May 8, 2025

<u>**Via ECF**</u>
The Honorable Pamela A. Carlos
U.S. District Court for the Eastern District of Pennsylvania
504 W. Hamilton Street
Suite 4401
Allentown, PA 18101

**RE: Melanie Fluck v. Lehigh Univ.**
<u>**Civil Action No. 24-6325**</u>

Dear Judge Carlos:

I represent Plaintiff Melanie Fluck in the above-referenced matter. The Court previously scheduled a settlement conference for May 21, 2025 in this case. I write to respectfully request a continuance of the settlement conference because I have an unavoidable trial conflict that arose only after the conference was set.

On April 30, 2025, the Court of Common Pleas of Bucks County issued an order in *Kevin Post v. Keenan Group, et al.*, No. 2022-03649, setting jury selection and trial for May 19, 2025 before the Honorable Jordan B. Yeager. I am lead trial counsel for Mr. Post, and the order attaches me to begin trial that morning in Courtroom 520 of the Bucks County Justice Center. I moved promptly for a continuance in *Post* but, on May 6, 2025, Judge Yeager denied that motion, making my appearance on May 19 mandatory.

Because the Bucks County trial date was set well after this Court scheduled the *Fluck* settlement conference, the conflict could not have been anticipated when the conference date was selected. Despite diligent efforts to re-arrange trial obligations or obtain relief in state court, the conflict remains unavoidable.

On a related note, I have filed an unopposed motion to extend the fact discovery and dispositive motion deadlines in the *Fluck* matter earlier this morning. That motion remains pending before Judge Leeson as of the submission of this letter.

The Honorable Pamela A. Carlos
May 8, 2025
Page 2

      Thank you for Your Honor's consideration.

                              Respectfully,

                              BRIAN C. FARRELL

BCF/dd
cc:  All Counsel of Record (by ECF)