UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

MELANIE FLUCK,                         :
          Plaintiff,                    :
                                          :
    v.                              :  No.   5:24-cv-6325
                                          :
LEHIGH UNIVERSITY,                     :
          Defendant.                    :
_____

**O R D E R**

**AND NOW,** this 24th day of June, 2025, upon consideration of Defendant's unopposed letter request for an extension, *see* attached, **IT IS HEREBY ORDERED THAT**:

The request is **DENIED**.

                                        BY THE COURT:

                                        /s/ Joseph F. Leeson, Jr.
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge



**Nancy Conrad**

3773 Corporate Parkway, Suite 180 | Center Valley, PA 18034-8233
Direct 610.782.4909 | Fax 610.782.4935
conradn@whiteandwilliams.com | whiteandwilliams.com

June 23, 2025

<u>*VIA Email*</u>
Honorable Joseph F. Leeson, Jr.
U.S.D.C. Eastern District of Pennsylvania
Edward N. Cahn U.S. Courthouse and Federal Building
504 West Hamilton Street, Suite 3401
Allentown, PA 18101

      RE: Melanie Fluck v. Lehigh University
         No. 24-6325 JFL

Your Honor:

  We respectfully request an extension of the deadline to file Motions for Summary Judgment for the following reasons:

- Depositions of the Defendant witnesses were rescheduled by Plaintiff to July 8 and 9, 2025 due to a personal urgent matter; and
- The settlement conference with Judge Carlos was rescheduled to July 14, 2025.

  Per Your Honor's Order dated May 31, 2025, all dispositive motions shall be filed no later than June 30, 2025. We respectfully request that the deadline be extended to July 21, 2025, one week past the settlement conference. Opposing counsel concurs with this request. Thank you for your consideration of this matter.

                Respectfully submitted,

                WHITE AND WILLIAMS LLP

                Nancy Conrad

Cc: Brian Farrell, Esquire
NC:jp