UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELANIE FLUCK**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**LEHIGH UNIVERSITY**<br><br>　　　　　　Defendant. | Civ. No.: 24-6325 |

**ORDER**

**AND NOW**, this _____ day of _____, 2025, upon consideration of Plaintiff's letter motion requesting a two-day extension of time to file her opposition to Defendant's Motion for Summary Judgment, and noting Defendant's objection thereto, it is hereby **ORDERED** that the request is **GRANTED**. Plaintiff's opposition brief shall be filed on or before July 16, 2025. All other case-management deadlines remain in effect.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge